1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Bree R. Black Horse
4  Assistant United States Attorney
   402 E. Yakima Ave., Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NORA K.M. SALUSKIN-CLOUD, and KATHLEEN ARDITH ALBERT, <br><br> Defendants. | 1:24-CR-2054-MKD <br><br> INDICTMENT <br><br> 18 U.S.C. §§ 113(a)(3), 1153(a), 2 <br> Assault with a Dangerous Weapon in Indian Country <br> (Count 1) <br><br> 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 <br> Using, Carrying, and Brandishing Firearm During and in Relation to a Crime of Violence <br> (Count 2) <br><br> 18 U.S.C. §§ 1201(a), 1153(a), 2 <br> Kidnapping in Indian Country <br> (Count 3) <br><br> 18 U.S.C. § 924, <br> 28 U.S.C. § 2461 <br> Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about May 16, 2024, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Reservation, in Indian country, the Defendants, NORA K.M. SALUSKIN-CLOUD, and Indian, and KATHLEEN ALBERT, an Indian, did knowingly assault D.A., I.M., N.R., and I.W.W. with dangerous weapons, to wit: a machete and pistol, with intent to do bodily harm, and did aid and abet the same, all in violation of 18 U.S.C. §§ 113(a)(3), 1153(a), 2.

## COUNT 2

On or about May 16, 2024, in the Eastern District of Washington, the Defendants, NORA K.M. SALUSKIN-CLOUD and KATHLEEN ALBERT, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon in Indian Country, as alleged in Count 1 of this Indictment, and did aid and abet the same, all in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 2.

## COUNT 3

On or about May 16, 2024, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Reservation, in Indian country, the Defendants, NORA K.M. SALUSKIN-CLOUD, an Indian, and KATHLEEN ALBERT, an Indian, did unlawfully kidnap, seize, confine and hold for reward or

INDICTMENT – 2

other benefit D.A., I.M., N.R., and I.W.W., and did aid and abet the same, all in violation of 18 U.S.C. §§ 1201(a), 1153(a), 2.

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 2, Using, Carrying, and Brandishing Firearm During and in Relation to a Crime of Violence, as set forth in this Indictment, Defendants, NORA K.M. SALUSKIN-CLOUD, and KATHLEEN ARDITH ALBERT, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this 13 day of August 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Bree Black Horse_
Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 3